UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFSHORE MARINE CONTRACTORS, INC. | CIVIL ACTION NO. |
| VERSUS | SECTION |
| CARTER METAL RECYCLING GROUP, LLC | MAGISTRATE |

**COMPLAINT**

The Complaint of Offshore Marine Contractors, Inc., a Louisiana corporation with its principal place of business in the State of Louisiana, specifically the Parish of Lafourche, with respect represents as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This Court has jurisdiction under 28 U.S.C. 1333.

2.

Jurisdiction is based on the general maritime law. The contract at issue is a maritime contract for charter hire of a vessel.

3.

Venue is proper in the Eastern District of Louisiana because plaintiff is a Louisiana corporation who maintains its principal place of business in Louisiana, specifically in Lafourche Parish. Moreover, defendant, Carter Metal Recycling Group, LLC (hereinafter simply "Carter Metal") has agreed to venue in this district. There is a jurisdiction and venue clause contained in

the Master Time Charter Agreement in existence between it and plaintiff. Defendant, Carter Metal, is a Louisiana company amenable to service herein.

4.

The plaintiff herein is:

a) **OFFSHORE MARINE CONTRACTORS, INC**. ("Offshore Marine"), a Louisiana corporation with its principal place of business in the Parish of Lafourche, State of Louisiana.

5.

The defendant herein is:

a) **CARTER METAL RECYCLING GROUP, L.L.C.** ("Carter Metal"), a domestic (Louisiana) limited liability company authorized to do and doing business in this judicial district and state, who at all material times, maintained and currently maintains its principal office and its principal place of business in the State of Louisiana at 117 Beech Street, Homer, Louisiana 70140.

6.

On or about the 15TH day of September 2016 plaintiff, Offshore Marine Contractors, Inc., (hereinafter "Offshore Marine"), entered into a contractual agreement entitled a "Master Time Charter Agreement" between it and defendant, Carter Metal.

7.

Pursuant to the Master Time Charter Agreement, Carter Metal requested that Offshore Marine provide vessels under charter (Time Charter) to service sites in the navigable waters of the State of Louisiana. Pursuant to and in accordance with the Master Service Agreement referenced herein, Offshore Marine did in fact charter to Carter Metal the U.S. Flagged vessel L/B Tobie Eymard, a class 215 lift boat, owned and operated by Offshore Marine. Said vessel operates in the navigable waters of the State of Louisiana and the Gulf of Mexico.

8.

The request to charter a Class 215 lift boat was made to Offshore Marine on September 29, 2016.

9.

The specific terms of the charter providing for the day rate and other charges are set forth in Exhibit "1" hereto which is incorporated herein by reference. The vessel was requested to be mobilized to the McCall Dock at or near Cameron, Louisiana.

10.

In accordance with instructions received from the charterer, Carter Metal, the L/B Tobie Eymard mobilized under charter on the 29TH day of September 2016 and proceeded the Cameron McCall Dock.

11.

The vessel L/B Tobie Eymard, on this instance, was time chartered to Carter Metal for approximately seven (7) days from September 29, 2016 to October 5, 2016. There were no issues while on charter and the vessel completed her charter without incident.

12.

On September 30, 2016, Offshore Marine, invoiced Carter Metal in accordance with the Master Service Agreement for days on charter through September 30, 2016. On October 6, 2016, Offshore Marine invoiced Carter Metal for the balance of the time charter. The invoices cumulatively were for 7 days of day rate plus other charges as agreed. As of the date of filing of this lawsuit, Carter Metal has not contested either of the invoices and has in fact made partial payment. The invoices in issue with supporting documentation are attached hereto as Exhibits 2 and 3 and are incorporated herein by reference.

13.

It is specifically alleged that the contract in existence between Offshore Marine and Carter Metal is a maritime contract to provide for the ongoing charter of various vessels.

14.

The "Master Time Charter Agreement" and associated short form in force between Offshore Marine and Carter Metal, contains a choice of law provision of which provides that the General Maritime Law of the United States governs to the extent applicable and, in default thereof, the governing law is that of the State of Louisiana.

15.

Offshore Marine specifically avers that at all times material plaintiff has performed all work requested in good faith and in an appropriate manner and has otherwise complied with the contract in existence between Offshore Marine and Carter Metal in all respects. Moreover, Offshore Marine specifically avers that the vessel L/B Tobie Eymard was at all times fit for her intended purpose, seaworthy in all respects, properly manned, and did discharge all her duties under the charter and pursuant to the Master Time Charter Agreement without fail.

16.

Section 4.3 of the Master Time Charter Agreement requires that all invoices be paid unless disputed within 30 days from company receipt. Charterer has never notified owner, Offshore Marine Contractors, Inc. of any dispute and has in fact promised to pay the balance but as of the date of the filing of this complaint, payment is due and outstanding under the charter party.

17.

Offshore Marine specifically avers that it is entitled to be compensated in accordance with the contract's terms and provisions. Plaintiff is entitled to recover all amounts due to it under the

terms and conditions of the charter hire, interest thereon, attorney's fees and costs of collection.

18.

As of January 31, 2017 there was a total of $36,311.03 due and owing representing $34,573.50 in billed charter hire fees and $1,737.53 in interest as of that date. The interest rate agreed to in the Master Time Charter Agreement is 18 % per annum or 1.5% per month. Plaintiff, Offshore Marine avers that the interest damages are due and ongoing.

**WHEREFORE**, plaintiff, Offshore Marine Contractors, Inc., prays for judgment in its favor against the defendant, Carter Metal Recycling Group, LLC, awarding plaintiff all sums due, together with all recoverable costs under the Master Time Charter, contractual pre-judgment and and legal (post-judgment) interest, attorneys' fees and all other equitable relief as this court deems just and proper.

Respectfully submitted:

**CARLETON LORASO HEBERT & WITTENBRINK, LLC**

s/ Martin S. Bohman
MARTIN S. BOHMAN, T.A. (Bar # 22005)
VICTOR R. LORASO III (Bar # 31239)
445 North Blvd., Suite 625
Baton Rouge, Louisiana 70802
Telephone: 225-282-0602
Facsimile: 877-443-9889

**ATTORNEYS FOR OFFSHORE MARINE CONTRACTORS, INC.**